# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**LANDIS PROVOST**
    Plaintiff
vs.                          **CASE NUMBER: 8:13-cv-761**

**CAROLYN COLVIN,**
*Commissioner of Social Security*
    Defendant

**Decision by Court.** This action came to a hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the final decision of the Commissioner be REVERSED and REMANDED to the Defendant pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further proceedings.

All of the above pursuant to the order of the Honorable Judge David E. Peebles, dated the 5th day of February, 2014.

DATED: February 5, 2014

*Lawrence K. Baerman*
Clerk of Court

By: s/ Nicole Killius
Deputy Clerk